IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION – CINCINNATI

| | | |
|---|---|---|
| QUEEN CHARLOTTE FRANKLIN, | : | Case No. 1:25-cv-86 |
| Plaintiff, | : | Judge Matthew W. McFarland |
| v. | : | |
| AAA, et al., | : | |
| Defendants. | : | |

## ORDER ADOPTING REPORT AND RECOMMENDATION (Doc. 6)

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman (Doc. 6), to whom this case is referred pursuant to 28 U.S.C. § 636(b). Plaintiff filed Objections (Doc. 7), to which Defendants did not file any response. Thus, this matter is ripe for the Court's review.

The Magistrate Judge recommends dismissal of Plaintiff's Complaint for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B). (Report, Doc. 6, Pg. ID 40.) Plaintiff filed Objections to the Report, but the handwriting is difficult to decipher. (*See* Objections, Doc. 7, Pg. ID 43-44.) From the Court's best reading, Plaintiff appears to recite certain factual allegations from the Complaint. The Objections do not, however, address or refute the Magistrate Judge's reasoning or conclusions. Thus, Plaintiff's Objections are not well taken.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a de novo review of the record in this case. For the foregoing reasons, the

Court **ORDERS** the following:

1. Plaintiff's Objections (Doc. 7) are **OVERRULED**;

2. The Report and Recommendation (Doc. 6) is **ADOPTED**;

3. All claims in the Complaint are **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B);

4. Plaintiff is hereby **WARNED** that she is highly likely to be deemed vexatious and made subject to prefiling limitations if she persists in filing additional cases that lack any reasonable basis for federal subject matter jurisdiction and/or that are factually and legally frivolous under screening standards;

5. It is hereby **CERTIFIED**, pursuant to 28 U.S.C. § 1915(a), that for the foregoing reasons an appeal of this Order would not be taken in good faith and that Plaintiff may not proceed on appeal in forma pauperis; and

6. This matter is **TERMINATED** from the Court's docket.

**IT IS SO ORDERED.**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

By: _____
JUDGE MATTHEW W. McFARLAND